AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-14494-ZNQ-JTQ**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Prime Pensions, Inc.**
was received by me on **11/18/2026:**

☐ I personally served the **SUMMONS IN A CIVIL CASE; COMPLAINT JURY TRIAL DEMANDED** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Phillip Cofield**, who is designated by law to accept service of process on behalf of **Prime Pensions, Inc.** at **25B Vreeland Rd Ste 209, Florham Park, NJ 07932** on **11/18/2026 at 1:53 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 11/18/2026

*Server's signature*

**Anthony Dolegowski**
*Printed name and title*

**16 Barry Dr**
**West Orange, NJ 07052**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE; COMPLAINT JURY TRIAL DEMANDED, to Phillip Cofield who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with glasses.**
**Phillip is one of the managers and confirmed he is authorized to accept service**

Tracking #: **0252052156**