AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **3:26-CV-14494-ZNQ-JTQ**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Forward Risk and Intelligence, Inc.**
was received by me on **11/13/2026:**

☐ I personally served the **SUMMONS IN A CIVIL CASE; COMPLAINT JURY TRIAL DEMANDED** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Forward Global**, who is designated by law to accept service of process on behalf of **Forward Risk and Intelligence, Inc.** at **1010 Wisconsin Ave NW Ste 710, Washington, DC 20007** on **11/16/2026 at 3:32 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 80.00** for services, for a total of **$ 80.00**.

I declare under penalty of perjury that this information is true.

Date: 11/17/2026

*Server's signature*

**Jason Bridges**
*Printed name and title*

**1108 Queen Street NE**
**APT 3**
**Washington, DC 20002**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN A CIVIL CASE; COMPLAINT JURY TRIAL DEMANDED, to Forward Global, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs. Jackson Boland accepted service**

Tracking #: **0251630932**